CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
NOV 2 5 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DIANE M. MCDANIEL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08cv00595 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WILLIAM G. PETTY, <u>et al.</u>, | ) | By: Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that this action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 25th day of November, 2008.

                                            /s/ Jackson L. Kiser
                                            Senior United States District Judge